UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAYNE BAXTER,

    Plaintiff,

v.                                           Case No: 8:22-cv-28-SCB-AEP

CREDIT CONTROL, LLC,

    Defendant.

## NOTICE REGARDING CASE MANAGEMENT DEADLINES

The Court advises the parties that most cases will be tried within 18 months of the filing date. In order to further the prompt resolution of this case, Judge Bucklew encourages the completion of discovery within 8 months after the filing of the Case Management Report. Parties seeking more than 8 months for discovery shall make such request, along with a showing of good cause, in an addendum to the Case Management Report. A Pretrial Conference will be set at least 90 days after the dispositive motions deadline. A trial will be scheduled for the month following the pretrial conference.

                                                                          SUSAN C. BUCKLEW
                                                         United States District Judge

January 5, 2022

                                                                   By: *Charmaine A. Black*
                                                                       Courtroom Deputy